FILED
2017 Oct-11  AM 08:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

MD AL  MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| DEMETRIA HANNAH | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  2:17-CV-000756-AKK |
| KMG ENTERPRISES, INC. D/B/A IHOP#4418,ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLOWERS SPECIALITY FOODSERVICE SALES,LLC
C/O CORPORATION SERVICE COMPANY, INC.
641 SOUTH LAWRENCE STREET
MONTGOMERY, ALABAMA 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SARA L. WILLIAMS
SHUNNARAH PERSONAL INJURY ATTORNEYS, P.C.
3626 CLAIRMONT AVENUE
BIRMINGHAM, ALABAMA 35222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*DEBRA P. HACKETT, CLERK OF COURT*

Date:  10 - 11 - 17

Kayla Bowman

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| DEMETRIA HANNAH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:17-CV-000756-AKK |
| KMG ENTERPRISES, INC. D/B/A IHOP#4418,ET AL | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLOWERS BAKING CO. OF BIRMINGHAM, LLC
C/O CORPORATION SERVICE COMPANY, INC.
641 SOUTH LAWRENCE STREET
MONTGOMERY, ALABAMA 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SARA L. WILLIAMS
SHUNNARAH PERSONAL INJURY ATTORNEYS, P.C.
3626 CLAIRMONT AVENUE
BIRMINGHAM, ALABAMA 35222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

Date: 10-11-17

*DEBRA P. HACKETT, CLERK OF COURT*

Kayla Bowman

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140 U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

MD AL  MODIFIED AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

DEMETRIA HANNAH
)
*Plaintiff*
)
v.
)   Civil Action No.  2:17-CV-000756-AKK
KMG ENTERPRISES, INC. D/B/A IHOP#4418,ET AL
)
*Defendant*
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLOWERS FOODS, INC.
C/O CORPORATION SERVICE COMPANY
40 TECHNOLOGY PARKWAY SOUTH, SUITE 300
NORCROSS, GEORGIA 30091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SARA L. WILLIAMS
SHUNNARAH PERSONAL INJURY ATTORNEYS, P.C.
3626 CLAIRMONT AVENUE
BIRMINGHAM, ALABAMA 35222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*DEBRA P. HACKETT, CLERK OF COURT*

Kayla Bauman

*Signature of Clerk or Deputy Clerk*

Date:  10 - 11 - 17

**CLERK, U.S. DISTRICT COURT**
**ROOM 140, U.S. COURTHOUSE**
**1729 5TH AVENUE NORTH**
**BIRMINGHAM, AL 35203**